## GROWTH INDUSTRIES, INC.

v.

## MORRIS NATHANSON/DESIGN, INC.

### No. 81–576–A.

Supreme Court of Rhode Island.

Sept. 9, 1982.

Bruce G. Pollock, Warwick, for plaintiff.

Tillinghast, Collins & Graham, Brian J. Spero, Providence, for defendant.

## ORDER

Since the defendant's appeal is now moot, the plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

## In re BARBARA Z.

### No. 82–169–A.

Supreme Court of Rhode Island.

Sept. 9, 1982.

Nicholas Colangelo, Legal Counsel, Children and Their Families, Providence, for petitioner.

William F. Reilly, Public Defender, Barbara Hurst, Chief Appellate Atty. Asst. Public Defender, for respondent.

## ORDER

In light of the fact that the order which the Department of Children and Their Families appealed is now moot, the respondent's motion to dismiss this appeal is hereby granted.